BRYAN SCHRODER
United States Attorney

RYAN D. TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Ryan.Tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:19-cr-00139-RRB-MMS |
|---|---|---|
| Plaintiff, | ) ) | COUNTS 1-14: |
| vs. | ) ) ) | ACQUIRE POSSESSION OF A CONTROLLED SUBSTANCE BY MISREPRESENTATION |
| RICHARD "RICK" DUPUIS, | ) ) | Vio. of 21 U.S.C. § 843(a)(3) |
| Defendant. | ) ) ) ) | |

I N D I C T M E N T

The Grand Jury charges that:

COUNTS 1-14

On or about the dates listed below, within the District of Alaska, the defendant RICHARD "RICK" DUPUIS, did knowingly and intentionally acquire and obtain possession of a controlled substance by misrepresentation, forgery, deception, and

subterfuge, by presenting and having filled prescriptions for oxycodone, a Schedule II controlled substance, written in the name of J.E., when in truth and fact the defendant used the oxycodone for himself and others and knew it was never used or intended to be used by J.E., with each prescription listed below constituting a separate and distinct count:

| Count | On or About Date Prescription Filled | Number of Pills |
|---|---|---|
| 1 | June 20, 2017 | 120 |
| 2 | July 26, 2017 | 120 |
| 3 | September 6, 2017 | 180 |
| 4 | October 19, 2017 | 180 |
| 5 | November 29, 2017 | 180 |
| 6 | January 5, 2018 | 180 |
| 7 | February 6, 2018 | 180 |
| 8 | March 8, 2018 | 180 |
| 9 | April 9, 2018 | 180 |
| 10 | May 17, 2018 | 180 |
| 11 | July 2, 2018 | 180 |
| 12 | August 23, 2018 | 180 |
| 13 | September 21, 2018 | 180 |
| 14 | November 1, 2018 | 180 |

//

All of which is in violation of 21 U.S.C. § 843(a)(3).

A TRUE BILL.

<u>s/ Grand Jury Foreperson</u>
GRAND JURY FOREPERSON

<u>s/ Stephen Corso for</u>
RYAN D. TANSEY
Assistant U.S. Attorney
United States of America

<u>s/ Bryan Schroder</u>
BRYAN SCHRODER
United States Attorney
United States of America

DATE: <u>  11-20-19  </u>